UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KEVIN GLASPIE, #244606 | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-86-SDJ |
| | § | |
| SHERIFF TRACY MURPHY, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge (the "Report") in this action, this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 7, 2025, the Report of the Magistrate Judge, (Dkt. #20), was entered containing proposed findings of fact and recommendations that this civil action filed pursuant to 42 U.S.C. § 1983 be dismissed with prejudice as to the refiling of another *in forma pauperis* lawsuit raising the same claims as this action, but without prejudice as to the refiling of this lawsuit without seeking *in forma pauperis* status and upon payment of the full $405.00 filing fee.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this civil action filed pursuant to 42 U.S.C. § 1983 is **DISMISSED with prejudice** as to the refiling of another *in forma pauperis* lawsuit raising the same claims as this action, but **DISMISSED**

**without prejudice** as to the refiling of this lawsuit without seeking *in forma pauperis* status and upon payment of the full $405.00 filing fee.

**So ORDERED and SIGNED this 27th day of June, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

Case 4:25-cv-00086-SDJ-AGD     Document 21     Filed 06/27/25     Page 2 of 2 PageID #: 62